UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**
*ex rel.*, **DAWN BAKER and SHELDON CHO, MD, and on behalf of the STATES of FLORIDA, CALIFORNIA, and TEXAS,**

    **Plaintiffs,**

v.                                           Case No: 8:19-cv-902-T-35TGW

**PHYSICIAN PARTNERS OF AMERICA, LLC,** *et al.*,

    **Defendants.**

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff States' Notice of Election, (Dkt. S-31), and the United States' Notice of Election to Intervene and Notice of Resolution. (Dkt. S-32) Therein, the States of California, Florida, and Texas (collectively, "Plaintiff States") advise that they decline to intervene in this matter, but consent to the dismissal of all claims pleaded under their respective statutes. (Dkt. S-31) The United States advises that it declines to intervene in this action as to Defendant Medtronic, PLC and it intervenes, for purposes of settlement, as to all other Defendants (collectively, "Settling Defendants"). (Dkt. S-32) Moreover, the United States also informs the Court that a settlement was reached with the Settling Defendants. (Id.) Upon consideration of the Notices, it is hereby **ORDERED** that:

- 1 -

1. The **SEAL** in this case is **LIFTED ONLY** as to the following documents:

   a. the Complaint;

   b. the Amended Complaint;

   c. the Plaintiff States' Notice of Election;

   d. the United States' Notice of Election to Intervene and Notice of Resolution; and

   e. this Order.

2. The United States shall have up to and including **forty-five (45) days** from the date of this Order to file and serve the unsealed documents listed above as to the intervened Defendants.

3. The Relators shall have up to and including **sixty (60) days** from the date of this Order to file and serve a Second Amended Complaint on the remaining Defendant, together with the unsealed documents listed above.

4. The Clerk is **DIRECTED** that all other contents of the Court's file in this action filed prior to this Order, except for filings specifically enumerated in this Order, **SHALL REMAIN UNDER SEAL** and not be made public or served upon Defendants.

5. The Seal is **LIFTED** as to all other matters occurring in this action **AFTER** the date of this Order.

6. As to the part of the action in which the United States has declined to intervene, the Parties shall serve copies of all pleadings and motions filed in

- 3 -

that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). As provided therein, the United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time.

7. All Orders of this Court shall be sent to the United States by Relators' counsel.

8. Before proposing that this action be dismissed, settled, or otherwise discontinued, Relators or the remaining Defendant shall first solicit the written consent of the United States.

9. This case is **DISMISSED WITHOUT PREJUDICE** as to the Settling Defendants, and subject to the right of the Parties, within **ninety (90) calendar days** from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.

10. The Clerk is **DIRECTED** to **REOPEN** this matter, as of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of April 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies Furnished to:**
**Counsel of Record**